■ MEYER NITZKY, Respondent, v. ERNST OHMER, Appellant.— In an action to recover $10,000 under an agreement collateral to a lease of real property, the appeal is from an order striking out the answer and granting summary judgment in favor of respondent, and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. In our view, even construing the collateral agreement as a security agreement for the performance of the lease, it nevertheless is confined to the terms therein expressed — in this case the payment of rent for the particular months mentioned. It is not to be regarded as security for any other claim, such as default in the payment of taxes, water charges and sewer rents. (*Scott* v. *Montells*, 109 N. Y. 1; *Chaude* v. *Shepard*, 122 N. Y. 397; *Josephi* v. *Creston Co.*, 188 App. Div. 97, affd. 230 N. Y. 549.) Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

■ DAVID POLOKOFF et al., Respondents, v. CORLIES MANOR APARTMENTS CORP., Appellant.— Appeal from an order insofar as it (a) denies appellant's motion to strike from the record an amended bill of particulars; (b) grants respondents' cross motion for leave to serve an amended complaint; (c) denies appellant's motion for leave to plead the Statute of Limitations as a defense, either in whole or in part, to the amended complaint. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MICHAEL D'AGOSTINO, Appellant.— Judgment of the County Court, Kings County, convicting appellant of criminal negligence in operation of a vehicle resulting in death (Penal Law, § 1053-a), and imposing sentence of two and a half to five years, unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK HOLDWORTH, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of violating section 986 of the Penal Law (book-making), and from the sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Ughetta, JJ.